UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BARRY GIBBS, :
: 
       Petitioner :
: NO. 3:CV-99-1627
-vs- :
: (Judge Kosik)
:
FREDERICK FRANK, et al., :
:
       Respondents :

## **ORDER**

AND NOW, this 13th day of September, 2005, IT IS HEREBY ORDERED THAT:

(1) Respondents' Motion for Reconsideration and Motion to Stay filed on November 23, 2004 (Documents 32 and 33) are denied as moot; and,

(2) The Petitioner's Application for Release and a determination regarding the necessity for oral argument remain outstanding.

                                                  s/Edwin M. Kosik
                                               United States District Judge